UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                      Chapter 11

     A & T Management & Holdings LLC,             Case No.: 8-15-73191

                Debtor.
-----------------------------------------------------------X

## DECLARATION PURSUANT TO RULE 1007-4

**HARRY AURORA,** pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am the Sole Member of A & T Management & Holdings LLC (the "**Debtor**") the Debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

2.     The business of the Debtor is a Real Estate Holding Company. The Debtor previously filed for protection under Chapter 11 of the Bankruptcy Code on January 16, 2015. This case was dismissed by order of the Bankruptcy Court dated May 7, 2015.

3.     This present Chapter 11 was required due to a foreclosure sale date which threatened to close down the Debtor's business. The Debtor is not a small business, and no committee was organized prior to the order for relief in the Chapter 11 case.

4.     Since the dismissal of the Debtor's prior chapter 11 bankruptcy case there has been a substantial change in the Debtor's ability to propose and confirm a plan or reorganization; specifically (i) itutor.com, Inc., a company of which I own a majority, has guaranteed certain yearly payments to me that will be used to make the lump sum payments to the Debtor's primary secured creditor called for in the Debtor's proposed plan of reorganization. These payments will be as follows:

(i) $100,000.00 on the effective date of the Plan. (Attached hereto as Exhibit "A" is a copy of a bank cashier's check in the amount of $100,000.00 representing this initial payment.) and

(ii) $100,000.00 on the first anniversary of the effective date of the Plan, and

(iii) $100,000.00 on the second anniversary of the effective date of the Plan, and

(iv) $150,000.00 on the third anniversary of the effective date of the Plan, and

(v) $150,000.00 on the fourth anniversary of the effective date of the Plan.

5.    Furthermore, since the dismissal of the prior bankruptcy, upon information and belief, the residential tenant has vacated the Debtor's Property. The Debtor has secured a commitment from a new tenant to enter a lease with a term commencing on September 1, 2015, at $2,500.00 per month to ensure the Debtor's income stream is continued. Attached hereto as Exhibit "B" is a copy of this commitment.

6.    The Debtor is required to file a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote a creditors meeting under 11 U.S.C. 702; (ii) such creditors who are employees of the Debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors and the list of the five largest secured creditors have already been filed. A copy of those lists are annexed hereto as Exhibit "C".

7.    There are two (2) secured creditors. The Debtor has total assets of One Million Two Hundred Twenty Four Thousand, Eight Hundred and Ninety Eight ($1,224,898.00) dollars and total liabilities of approximately One Million Nine Hundred Fifty-Eight Thousand Nine Hundred and Seventy($1,958,970.00) dollars. A summary of Debtor's assets and liabilities are

attached herewith as Exhibit "D", which includes a listing of the status of each action or proceeding, pending or threatened against the Debtor or its property.

8.    The location of the Debtor's primary assets is 391-393 South Broadway, Hicksville, NY 11801 (the "**Property**"). The Debtor's books and records are located at 15 Kevin Court, Jericho, New York (my residence).

9.    To my knowledge none of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any entity, except that a receiver has been appointed for the rents of the Debtor's Property.

10.    All membership shares are shares of one class, 100% being held by myself, Sole Member. The information as to the shares is attached hereto as Exhibit "E". As Sole Member of the Debtor, I, Harry Aurora, am responsible for the day-to-day operations of the business. He has over eighteen (18) years experience in the real estate industry. The current management will manage the Debtor as Debtor-In-Possession. I, Harry Aurora, do not earn a salary. There are no other members, managers, officers or directors.

11.    The Debtor has zero (0) employees. The monthly payroll is zero ($0.00) dollars.

12.    The Debtor estimates operating expenses to not exceed $2,730.00 dollars for taxes and operating expenses, and the Property's adequate protection payment of $5,750.00 for the first thirty (30) day post-petition period. Past due amounts to creditors are not included herein as operating expenses, since they will be dealt with under the Plan of Reorganization.

13.    The Debtor expects **gross** income from its business operations to be approximately $5,750.00 dollars in the first thirty (30) day post-petition period. However, the Debtor will be gaining another tenant as of September 1, 2015, thereby increasing its monthly

3

gross income to $8,250.00 per month, and if the basement is rented another $1,000.00 per month in rental income will be realized.

14.    The needs and interest of the Debtor and its creditors will be best served by the Debtor's continued operation and management of its assets. The Debtor believes that the interest of all parties would be best served by the continuation of the Debtor's operations and property management as debtor-in-possession under Chapter 11 until confirmation of a reorganization plan.

15.    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
       July 27, 2015

/s/ *Harry Aurora*
By:  Harry Aurora, Sole Member

4

# EXHIBIT "A"

### OFFICIAL CHECK

0213  003473

Signature
SIGNATURE BANK
565 Fifth Avenue
New York, NY 10017

1-1357/260

July 24, 2015

PAY TO THE
ORDER OF    HARRY AURORA******

$100,000.00

ONE HUNDRED THOUSAND DOLLARS AND 00/100

Two signatures required over $50,000.00

Re: _____

⑈0213003473⑈ ⑆026013576⑇ 2110100002⑈

---

### OFFICIAL CHECK

0213  003473

### NON- NEGOTIABLE   CUSTOMER COPY

Signature
SIGNATURE BANK
565 Fifth Avenue
New York, NY 10017

1-1357/260

July 24, 2015

PAY TO THE
ORDER OF    HARRY AURORA******

$100,000.00

ONE HUNDRED THOUSAND DOLLARS AND 00/100

Two signatures required if over $50,000.00

Re: _____

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

                                                    Chapter 11

A & T Management & Holdings, LLC,

                        Debtor
--------------------------------------------------------X

## DECLARATION

Neil Toprani, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I, Neil Toprani, hereby commit to enter into a lease for the residential property known as 1 Murray Road, Hicksville, New York, (the "Property") for a period of at least one (1) year for the initial monthly rental amount of $2,500.00, commencing on September 1, 2015, under the usual and customary terms that are included in a residential lease in Nassau County, New York.

2.    Additionally, upon my execution of a lease for the Property, I agree to provide the landlord with $2,500.00 as the security deposit which will be called for in the lease.

3.    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2015
        Nassau County, New York

                                        _____
                                        Neil Toprani

# EXHIBIT "C"

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re   A & T Management & Holdings LLC          Case No.   8-15-70177-REG
_____
                          Debtor(s)             Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jagadeesan&Kanchana Poola<br>7 Park Drive East<br>Old Westbury, NY 11568 | Jagadeesan&Kanchana Poola<br>7 Park Drive East<br>Old Westbury, NY 11568 | 391-393 S. Broadway, Hicksville, NY | Disputed | 400,000.00 |
| Omni Mortgage Corp.<br>391-393 S. Broadway<br>Hicksville, NY 11801 | Omni Mortgage Corp.<br>391-393 S. Broadway<br>Hicksville, NY 11801 | Security Deposit | Subject to Setoff<br><br>Disputed | 12,000.00 |
| Ujjval & Ritesh Patel<br>1 Murray Road<br>Hicksville, NY 11801 | Ujjval & Ritesh Patel<br>1 Murray Road<br>Hicksville, NY 11801 | Security Deposit | Subject to Setoff<br><br>Disputed | 2,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **A & T Management & Holdings LLC**                          Case No.  _____
           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 24, 2015**                          Signature  **/s/ Harry Aurora**
                                                  **Harry Aurora**
                                                  **Sole Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# EXHIBIT "D"

B6A (Official Form 6A) (12/07)

In re    **A & T Management & Holdings LLC**                                          Case No.    **8-15-73191**
_____                                    _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **393-391 South Broadway, Hicksville, NY 11801** | **Fee Simple** | - | **1,200,000.00** | **1,540,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **1,200,000.00** | (Total of this page) |
| Total > | **1,200,000.00** | |
| | (Report also on Summary of Schedules) | |

  **0**    continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **A & T Management & Holdings LLC**                                    Case No.    **8-15-73191**
_____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct at TD Bank (Acct # ending 2046)** | - | **898.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **898.00** |
|---|---|---|
|  | (Total of this page) | |

   **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **A & T Management & Holdings LLC**                             Case No. __**8-15-73191**__

_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent due from house tenant ($7500 March-May 2015)** **Unknown if receiver or secured creditor collected this** **Rent due from commercial tenant ($11,500 June & July 2015)** **Unknown if receiver or secured creditor collected this** | - | 19,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      19,000.00
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **A & T Management & Holdings LLC**                                Case No.    **8-15-73191**
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible tort claim against Herman Singh a/k/a Dharmender S. Bhasin** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various furniture - Business Location** | - | **5,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  | Sub-Total > | **5,000.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **A & T Management & Holdings LLC**                                   Case No.   **8-15-73191**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | | Sub-Total > (Total of this page) | 0.00 |
|  | | | Total > | 24,898.00 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **A & T Management & Holdings LLC**                                    Case No.   **8-15-73191**
_____                      _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **Index # 7252/12** | | | | | **2008** | | | | | |
| | | | | | **1st Mtg** | | | | | |
| Austinlake Holdings LLC Allstate Corp Srvcs Corp 99 Washington Ave Suite 1008 Albany, NY 12260 | X | - | | | 391-393 S. Broadway, Hicksville, NY (900K loan + 100k line of credit) | | | X | | |
| | | | | | Value $            1,200,000.00 | | | | 1,540,000.00 | 340,000.00 |
| Account No. **Index # 7252/12** | | | | | **1st Mtg - NOTICE ONLY** | | | | | |
| Austinlake Holdings LLC c/o Robinson Brog et al 875 Third Avenue New York, NY 10022 | | - | | | 391-393 S. Broadway, Hicksville, NY | | | | | |
| | | | | | Value $            1,200,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | **2012** | | | | | |
| | | | | | **Private Loan** | | | | | |
| Jagadeesan&Kanchana Poola 7 Park Drive East Old Westbury, NY 11568 | X | - | | | 391-393 S. Broadway, Hicksville, NY This loan in sole member's name, lien is on the property | | | X | | |
| | | | | | Value $                  0.00 | | | | 400,000.00 | 400,000.00 |
| Account No. | | | | | **RE taxes** | | | | | |
| Nas Co Treasurer 240 Old Country Road Mineola, NY 11501 | | | | | 391-393 S. Broadway, Hicksville, NY | | | X | | |
| | | | | | Value $            1,200,000.00 | | | | Unknown | Unknown |

 **0**   continuation sheets attached

| | Subtotal (Total of this page) | 1,940,000.00 | 740,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,940,000.00 | 740,000.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **A & T Management & Holdings LLC**                                   Case No.   **8-15-73191**
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

■ **Administrative Expenses**

Administrative expenses allowed under 11 U.S.C. § 503(b), and any fees and charges assessed against the estate under chapter 123 of title 28 as provided in 11 U.S.C. 507(a)(2).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1**____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **A & T Management & Holdings LLC**                                    Case No. __**8-15-73191**__
_____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Administrative Expenses**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | State Court Receiver | | | | | | |
| Helwig, Henderson, Ryan Donald W. Henderson, Esq. One Old Country Rd Ste 428 Carle Place, NY 11514 | - | | | | | | X | 4,290.00 | 0.00 4,290.00 | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 4,290.00 | 0.00 4,290.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,290.00 | 0.00 4,290.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **A & T Management & Holdings LLC**　　　　　　　　　　　Case No.　**8-15-73191**
　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit (Commercial lease) | | | | |
| **Omni Mortgage Corp** **391-393 S. Broadway** **Hicksville, NY 11801** | - | | *May have been set off by State Court Receiver or Secured Creditor   Subject to setoff. | | | X | |
| | | | | | | | 12,000.00 |
| Account No. | | | Security Deposit (House lease) | | | | |
| **Ujjval & Ritesh Patel** **1 Murray Road** **Hicksville, NY 11801** | - | | *May have been set off by State Court Receiver or Secured Creditor   Subject to setoff. | | | X | |
| | | | | | | | 2,500.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | **14,500.00** |
| | Total (Report on Summary of Schedules) | **14,500.00** |

# EXHIBIT "E"

# United States Bankruptcy Court
### Eastern District of New York

In re    **A & T Management & Holdings LLC**

Debtor

Case No.    **8-15-73191**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harry Aurora**<br>**15 Kevin Court**<br>**Jericho, NY 11753** | | | **100% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 27, 2015__

Signature _/s/ Harry Aurora_
**Harry Aurora**
**Sole Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders